KATHRYN KENEALLY
Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202) 353-1857
Facsimile:      (202) 307-0054
E-mail:          boris.kukso@usdoj.gov
                      western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-AC7 ASSET-BACKED CERTIFICATES, SERIES 2005-AC-7,<br><br>               Plaintiff,<br><br>     v.<br><br>INTERNAL REVENUE SERVICE, ET AL.,<br><br>               Defendants. | Case No.1:12-cv-00995-LJO-SMS<br><br>**SUBSTITUTION OF ATTORNEY FOR THE UNITED STATES**<br><br>**ORDER**<br>(Doc. 5) |

      PLEASE TAKE NOTICE of the substitution of Trial Attorney Boris Kukso for Assistant United States Attorney Jeffrey J. Lodge as an attorney for the United States of America and the Internal Revenue Service in this case.

////

///

//

/

Please serve all documents in this matter on the undersigned at the following address:

> BORIS KUKSO
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 683, Ben Franklin Station
> Washington, D.C.  20044-0683
> Telephone:   (202) 353-1857
> Fax:            (202) 307-0054
> E-mail:        boris.kukso@usdoj.gov
>                      western.taxcivil@usdoj.gov

DATED: August 8, 2012

> KATHRYN KENEALLY
> Assistant Attorney General
>
> By:
>    /s/ Boris Kukso
> BORIS KUKSO
> Trial Attorney, Tax Division
> U.S. Department of Justice

IT IS SO ORDERED.

**Dated:   August 17, 2012**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE