KATHRYN KENEALLY
Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202) 353-1857
Facsimile:      (202) 307-0054
E-mail:          boris.kukso@usdoj.gov
                     western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-AC7 ASSET-BACKED CERTIFICATES, SERIES 2005-AC-7,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>INTERNAL REVENUE SERVICE, ET AL.,<br><br>　　　　　　　　Defendants. | Case No.1:12-cv-00995-LJO-SMS<br><br><br><br><br><br><br>**SUBSTITUTION OF ATTORNEY FOR THE UNITED STATES**<br><br>**ORDER**<br>(Doc. 5) |

　　　　PLEASE TAKE NOTICE of the substitution of Trial Attorney Boris Kukso for Assistant United States Attorney Jeffrey J. Lodge as an attorney for the United States of America and the Internal Revenue Service in this case.

////

///

//

/

1 | Please serve all documents in this matter on the undersigned at the following address:

        BORIS KUKSO
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, D.C.  20044-0683
        Telephone:   (202) 353-1857
        Fax:           (202) 307-0054
        E-mail:       boris.kukso@usdoj.gov
                        western.taxcivil@usdoj.gov

DATED: August 8, 2012

                                          KATHRYN KENEALLY
                                          Assistant Attorney General

                                          By:
                                             /s/ Boris Kukso
                                          BORIS KUKSO
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice

IT IS SO ORDERED.

**Dated:   August 17, 2012**            /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE