**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
E-Mail: ptoole@wjhattorneys.com

Patrick D. Toole, #190118
Troy T. Ewell, #210338

Attorneys for:     Plaintiff US Bank National Association, as Trustee for Bear Stearns Asset
                   Backed Securities Trust 2005-AC7 Asset-Backed Certificates, Series 2005-AC7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-AC7 ASSET-BACKED CERTIFICATES, SERIES 2005-AC7,<br><br>              Plaintiff,<br><br>      v.<br><br>INTERNAL REVENUE SERVICE; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 1:12-CV-00995-LJO-SMS<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

         **WHEREAS** on April 27, 2012, Plaintiff US Bank National Association, as

Trustee for Bear Stearns Asset Backed Securities Trust 2005-AC7 Asset-Backed Certificates,

Series 2005-AC7 ("US Bank") filed its Verified Complaint in this action in the Superior Court

of California, County of Kings against Defendant Internal Revenue Service ("IRS").

         **WHEREAS** on June 20, 2012, IRS filed its Notice of Removal of Action

removing the action from the Superior Court of California, County of Kings to this Court.  (ECF

Doc. No. 1.)

///

///

{6153/060/00374023.DOC }                              1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WHEREAS,** on June 20, IRS filed its Notice of Substitution of Parties substituting the United States of America ("USA") in place of its agency the Internal Revenue Service.  (ECF Doc. No. 2.)

**WHEREAS**, this Court's Order Setting Mandatory Scheduling Conference, (ECF Doc. No. 3), scheduled the Mandatory Scheduling Conference for September 18, 2012, at 9:30 a.m. in Courtroom 1 (which was then continued by Minute Order, (ECF Doc. No. 6), to October 9, 2012).

**WHEREAS,** US Bank and USA are involved in productive and promising settlement negotiations and believe it would be most efficient for the parties to continue the Initial Scheduling Conference by 90-days to allow the parties to continue their settlement discussions.

**WHEREAS,** US Bank and USA have agreed to stipulate to continue the Mandatory Scheduling Conference to December 11, 2012.

**IT IS HEREBY STIPULATED**, by and between US Bank and USA, by and through their respective counsel, that:

1. The Mandatory Scheduling Conference in this Action, previously scheduled for October 9, 2012, should be continued to December 11, 2012, at 10:00 a.m. or such time as may be set by the Court, in Courtroom 1.

DATED:  September 6, 2012                    WANGER JONES HELSLEY PC

By:   /s/ Patrick D. Toole
Patrick D. Toole, Attorneys for Plaintiff US
Bank National Association, as Trustee For
Bear Stearns Asset Backed Securities Trust
2005-AC7 Asset-Backed Certificates, Series
2005-AC7

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

1
2  DATED:  September 6, 2012                    KATHRYN KENEALLY
3                                              Assistant Attorney General
4
5                                              By:_____/s/ Boris Kukso_____
6                                                   BORIS KUKSO
7                                                   Trial Attorney, Tax Division
                                                    U.S. Department of Justice
8
9
10                                     **<u>ORDER</u>**
11          The Court having reviewed the foregoing Stipulation, and good cause appearing
12  therefor:
13          **IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this
14  action, previously scheduled for October 9, 2012, shall be continued to December 11, 2012, at
15  10:00 a.m. in Courtroom 1.
16
17
18  IT IS SO ORDERED.
19     Dated:   **September 13, 2012**              **/s/ Sandra M. Snyder**
20                                              UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

{6153/060/00374023.DOC }                    3