**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
E-Mail: ptoole@wjhattorneys.com

Patrick D. Toole, #190118
Troy T. Ewell, #210338

Attorneys for: Plaintiff US Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2005-AC7 Asset-Backed Certificates, Series 2005-AC7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-AC7 ASSET-BACKED CERTIFICATES, SERIES 2005-AC7,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:12-CV-00995-LJO-SMS<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

**WHEREAS** on April 27, 2012, Plaintiff US Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2005-AC7 Asset-Backed Certificates, Series 2005-AC7 ("US Bank") filed its Verified Complaint in this action in the Superior Court of California, County of Kings against Defendant Internal Revenue Service ("IRS").

**WHEREAS** on June 20, 2012, IRS filed its Notice of Removal of Action removing the action from the Superior Court of California, County of Kings to this Court. (ECF Doc. No. 1.)

///

///

{6153/060/00374023.DOC }     1

---
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**

**WHEREAS,** on June 20, IRS filed its Notice of Substitution of Parties substituting the United States of America ("USA") in place of its agency the Internal Revenue Service. (ECF Doc. No. 2.)

**WHEREAS**, this Court's Order Setting Mandatory Scheduling Conference, (ECF Doc. No. 3), scheduled the Mandatory Scheduling Conference for September 18, 2012, at 9:30 a.m. in Courtroom 1 (which was then continued by Minute Order, (ECF Doc. No. 6), to October 9, 2012).

**WHEREAS,** US Bank and USA are involved in productive and promising settlement negotiations and believe it would be most efficient for the parties to continue the Initial Scheduling Conference by 90-days to allow the parties to continue their settlement discussions.

**WHEREAS,** US Bank and USA have agreed to stipulate to continue the Mandatory Scheduling Conference to December 11, 2012.

**IT IS HEREBY STIPULATED**, by and between US Bank and USA, by and through their respective counsel, that:

1. The Mandatory Scheduling Conference in this Action, previously scheduled for October 9, 2012, should be continued to December 11, 2012, at 10:00 a.m. or such time as may be set by the Court, in Courtroom 1.

DATED: September 6, 2012                    WANGER JONES HELSLEY PC


By: ___/s/ Patrick D. Toole_____
Patrick D. Toole, Attorneys for Plaintiff US Bank National Association, as Trustee For Bear Stearns Asset Backed Securities Trust 2005-AC7 Asset-Backed Certificates, Series 2005-AC7

DATED: September 6, 2012

KATHRYN KENEALLY
Assistant Attorney General

By: /s/ Boris Kukso
    BORIS KUKSO
    Trial Attorney, Tax Division
    U.S. Department of Justice

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this action, previously scheduled for October 9, 2012, shall be continued to December 11, 2012, at 10:00 a.m. in Courtroom 1.

IT IS SO ORDERED.

Dated: **September 13, 2012**     **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE