**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
E-Mail: ptoole@wjhattorneys.com

Patrick D. Toole, #190118
Troy T. Ewell, #210338

Attorneys for:   Plaintiff US Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2005-AC7 Asset-Backed Certificates, Series 2005-AC7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-AC7 ASSET-BACKED CERTIFICATES, SERIES 2005-AC7, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 1:12-CV-00995-LJO-SMS <br><br> **STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** <br><br> Current Date:   **December 11, 2012** <br> <u>Proposed Date:   **February 19, 2012**</u> <br><br> **Courtroom:   1 (SMS)** <br><br> U.S. Magistrate Judge Sandra M. Snyder |

**WHEREAS** on April 27, 2012, Plaintiff US Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2005-AC7 Asset-Backed Certificates, Series 2005-AC7 ("US Bank") filed its Verified Complaint in this action in the Superior Court of California, County of Kings against Defendant Internal Revenue Service ("IRS").

**WHEREAS** on June 20, 2012, IRS filed its Notice of Removal of Action removing the action from the Superior Court of California, County of Kings to this Court.  (ECF Doc. No. 1.)

///

///

///

{6153/060/00384025.DOC }                    1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

1    **WHEREAS,** on June 20, IRS filed its Notice of Substitution of Parties substituting the United States of America ("USA") in place of its agency the Internal Revenue Service. (ECF Doc. No. 2.)

**WHEREAS**, this Court's Order Setting Mandatory Scheduling Conference, (ECF Doc. No. 3), scheduled the Mandatory Scheduling Conference for September 18, 2012, at 9:30 a.m. in Courtroom 1.

**WHEREAS,** this Court's Minute Order (ECF Doc. No. 6) moved the Mandatory Scheduling Conference to October 9, 2012, in Courtroom 1.

**WHEREAS,** US Bank and USA stipulated to, and the Court ordered, that the Mandatory Scheduling Conference be continued to December 11, 2012, at 10:00 a.m. in Courtroom 1.

**WHEREAS,** US Bank and USA have tentatively agreed to the terms of a proposed settlement, and USA is submitting the terms of the settlement for processing and approval by the Attorney General or an official designated by him for this purpose.

**WHEREAS,** while the proposed settlement has not been approved by the Attorney General, nor is the Attorney General committed to accept the settlement, US Bank and USA believe it would be most efficient for the parties to continue the Mandatory Scheduling Conference by 60-days to determine if the proposed settlement is approved and, therefore, this case can be dismissed.

**WHEREAS,** US Bank and USA have agreed to stipulate to continue the Mandatory Scheduling Conference to February 19, 2013.

**IT IS HEREBY STIPULATED**, by and between US Bank and USA, by and through their respective counsel, that:

///
///
///
///
///

The Mandatory Scheduling Conference in this Action, previously scheduled for December 11, 2012, should be continued to February 19, 2013, at 10:00 a.m., or such time as may be set by the Court, in Courtroom 1.

WANGER JONES HELSLEY PC

DATED: December 4, 2012     By /s/ Patrick D. Toole
                             Patrick D. Toole, Attorneys for Plaintiff US Bank National Association, as Trustee For Bear Stearns Asset Backed Securities Trust 2005-AC7 Asset-Backed Certificates, Series 2005-AC7

KATHRYN KENEALLY
Assistant Attorney General

DATED: December 4, 2012     By /s/ Boris Kukso
                             BORIS KUKSO
                             Trial Attorney, Tax Division
                             U.S. Department of Justice

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this action, previously scheduled for December 11, 2012, shall be continued to February 19, 2013, at 10:00 a.m. in Courtroom 1.

DATED: December 5, 2012     /s/ SANDRA M . SNYDER
                             U.S. Magistrate Judge Sandra M. Snyder