**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
E-Mail: ptoole@wjhattorneys.com

Patrick D. Toole, #190118
Troy T. Ewell, #210338

Attorneys for:   Plaintiff US Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2005-AC7 Asset-Backed Certificates, Series 2005-AC7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-AC7 ASSET-BACKED CERTIFICATES, SERIES 2005-AC7,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:12-CV-0995-LJO-SMS<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE**<br><br><br>**Courtroom 1 (SMS)**<br><br>**Sandra M. Snyder**<br>**U.S. Magistrate Judge** |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel, that the above-captioned action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). The parties have further stipulated that each side will bear their own costs, including attorneys' fees.

WANGER JONES HELSLEY PC

DATED: February ___, 2013          By: /s/ Patrick D. Toole
                                        Patrick D. Toole, Attorneys for Plaintiff US
                                        Bank National Association, as Trustee For Bear
                                        Stearns Asset Backed Securities Trust 2005-AC7
                                        Asset-Backed Certificates, Series 2005-AC7

{6153/060/00385500.DOC}                  1

KATHRYN KENEALLY
Assistant Attorney General

DATED: February ___, 2013        By: /s/ Boris Kukso
                                     BORIS KUKSO
                                     Trial Attorney, Tax Division
                                     U.S. Department of Justice

BENJAMIN B. WAGNER
United States Attorney

*Attorneys for the United States of America*

## **ORDER**

Based upon this Stipulation, **IT IS HEREBY ORDERED** that this Action is DISMISSED WITH PREJUDICE and all parties are to bear their own fees and costs.

IT IS SO ORDERED.

Dated:   **February 19, 2013**              **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

{6153/060/00385500.DOC}            2